

# Law Office of David Wims

1430 Pitkin Ave., 2nd Floor
Brooklyn, NY 11233
Phone: (646) 393-9550
Fax: (646) 393-9552
email: dwims@wimslaw.com
http://www.wimslaw.com

April 11, 2022

**BY ECF**

U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Attn: Honorable District Judge Lorna G. Schofield

Application GRANTED.  The initial pretrial conference scheduled for April 20, 2022, is ADJOURNED to May 11, 2022, at 4:00 P.M.  The parties shall call (888) 363-4749 and enter the access code 558-3333.  The parties shall file a joint letter and a proposed case management plan by May 4, 2022, at noon.

Dated: April 13, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:** *Jean-Gilles v. Paragon Systems, Inc.* **(SDNY) (22CV1363) (LGS)**

Dear Judge Schofield:

Please be advised that I am the attorney for the Plaintiff in the above captioned matter. I write to request an extension of the forthcoming initial conference in this matter, scheduled for April 13, 2022, and the attendant document submission deadline.

The reason for this request is that my process server was unable to timely serve Defendant after several attempts, and then resorted to service via Secretary of State.  As a result, Defendant has yet to receive the summons and complaint.  I expect service to be completed this week, and therefore request that the initial conference be adjourned for approximately thirty (30) days, to a date and time convenient for the Court, along with the attendant document submission deadline.

This is Plaintiff's first request for an adjournment in this matter.  I will notify Defendant of any adjourned date upon Defendant's appearance.

Thank you for your time and consideration. I look forward to hearing from you.

Law Office of David Wims                                                                                    4/11/2022

Respectfully yours,

/s/

David C. Wims, Esq. (DW-6964)