

# Law Office of David Wims

1430 Pitkin Ave., 2nd Floor
Brooklyn, NY 11233
Phone: (646) 393-9550
Fax: (646) 393-9552
email: dwims@wimslaw.com
http://www.wimslaw.com

May 3, 2022

Application granted in part.  The initial pretrial conference scheduled for May 11, 2022, is adjourned to June 1, 2022, at 4:00 P.M.  The parties shall call (888)363-4749 and enter the access code 558-3333. The parties shall file the joint letter and the proposed case management plan by May 25, 2022.

**BY ECF**

Dated:   May 5, 2022
              New York, New York

L ORNA  G. S CHOFIELD
U NITED  S TATES  D ISTRICT  J UDGE

U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Attn: Honorable District Judge Lorna G. Schofield

**Re:**      ***Jean-Gilles v. Paragon Systems, Inc.* (SDNY) (22CV1363) (LGS)**

Dear Judge Schofield:

This office represents Plaintiff in the above captioned matter. I write with the knowledge and consent of Defendant to request an adjournment of the forthcoming initial conference in this matter, scheduled for May 11, 2022, and the attendant document submission deadline of May 4, 2022.

The reason for this request is that Defendant appeared in this action today.  As a result, counsel cannot meet and confer on a case management plan prior to tomorrow's document submission deadline.  I therefore request that the initial conference be adjourned for approximately thirty (30) days, to a date and time convenient for the Court, along with the attendant document submission deadline.  Defendant joins in this application.

This is Plaintiff's second request for an adjournment in this matter.  The prior application was granted.

Thank you for your time and attention.

| | |
|---|---:|
| Law Office of David Wims | 5/3/2022 |

Respectfully yours,

/s/

David C. Wims, Esq. (DW-6964)


cc: Craig Benson, Esq. (By ECF)