UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
    ANDRE JEAN-GILLES,

                       Plaintiff,

              -against-                    22 Civ. 1363 (LGS)

    PARAGON SYSTEMS, INC.,                 ORDER

                       Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated May 6, 2022, required the parties to file a proposed case management plan and joint letter by May 25, 2022;

    WHEREAS, the initial pretrial conference is scheduled for June 1, 2022, at 4:00 P.M.;

    WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

    **ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **May 30, 2022.**

Dated: May 26, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE