UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
                                        :

ANDRE JEAN-GILLES,             :

                 Plaintiff,    :

                                        :          22 Civ. 1363 (LGS)

        -against-              :

                                          :               ORDER

PARAGON SYSTEMS, INC.,      :

                 Defendant.   :

-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the initial pretrial conference in this matter is scheduled for June 1, 2022;

        WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

        **ORDERED** that the June 1, 2022, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

        **ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

        **ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

        The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: May 31, 2022
       New York, New York

                                         **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**