```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   ANDRE JEAN-GILLES,                                        :
                                    Plaintiff,               :
                                                             :      22 Civ. 1363 (LGS)
                       -against-                             :
                                                             :            ORDER
   PARAGON SYSTEMS, INC.,                                    :
                                    Defendant.               :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 31, 2022, required the parties to file a status letter on August 1, 2022, as outlined in Individual Rule IV.A.2;

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that, by **August 4, 2022**, the parties shall file the status letter.

Dated: August 2, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE