UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDRE JEAN-GILLES,

                Plaintiff,

-against-

PARAGON SYSTEMS, INC.,

                Defendant.
------------------------------------------------------------X

22 Civ. 1363 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 31, 2022, required the parties to file a status letter on October 15, 2022, as outlined in Individual Rule IV.A.2;

WHEREAS, the parties failed to submit the letter.  It is hereby

**ORDERED** that, by **October 21, 2022**, the parties shall file the status letter.

Dated: October 18, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**