UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ANDRE JEAN-GILLES,
                            Plaintiff,

               -against-

PARAGON SYSTEMS, INC.,
                            Defendant.
------------------------------------------------------------X

22 Civ. 1363 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a case management conference is scheduled for November 2, 2022, pursuant to the Order at Dkt. No. 18;

WHEREAS, no party filed a pre-motion letter, and the parties filed a stipulation of dismissal that was rejected pending submission and court approval of the parties' settlement. It is hereby

**ORDERED** that the November 2, 2022, case management conference is **CANCELED**.

Dated: October 24, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE