UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                  :
   ANDRE JEAN-GILLES,                             :
                              Plaintiff,          :
                                                  :           22 Civ. 1363 (LGS)
                 -against-                        :
                                                  :           ORDER
   PARAGON SYSTEMS, INC.,                          :
                              Defendant.          :
                                                  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order dated October 31, 2022, required the parties to file the materials

required for Court approval of a voluntary dismissal of a FLSA action by November 22, 2022;

        WHEREAS, the parties failed to submit the materials.  It is hereby

        **ORDERED** that, by **December 2, 2022**, the parties shall file the materials required by the

Order at Dkt. No. 27.

Dated:  November 28, 2022
        New York, New York

                                        _____
                                              LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE